**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **J.N.F.R.,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 4:26cv-1112-CDL-CHW** |
| | : | **28 U.S.C. § 2241** |
| **WARDEN, STEWART DETENTION CENTER,** | : | |
| | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on August 17, 2026. (ECF No. 1). Petitioner's motion demonstrates that he is detained at Stewart Detention Center in Lumpkin, Georgia. *Id*. at ¶ 1. On August 21, 2026, Respondent filed a Motion to Dismiss. (ECF No. 4). Respondent's Motion to Dismiss includes an Order of Immigration Judge, indicating that Petitioner withdrew his application for relief from removal and requested voluntary departure from the United States. (ECF No. 4-1 at ¶ 8); *see also* (ECF No. 403). The Immigration Court approved Petitioner for voluntary departure on August 13, 2026.[1] (ECF No. 4-3). On August 24, 2026, the Court entered an Order for Petitioner to Respond to Respondent's Motion to Dismiss. (ECF No. 5). Although there is nothing in the record to confirm that Peitioner has voluntarily departed from the United States, Petitioner has not responded to Respondent's Motion to Dismiss.. Accordingly, the Court **ORDERS** Respondent to file a status report within fourteen (14) days specifically addressing Petitioner's current detention status. If Petitioner has

[1] The Court notes this approval for voluntary departure took place before Petitioner filed his habeas application on August 17, 2026.

voluntarily departed from the United States or otherwise released from detention, the Respondent may supplement the Motion to Dismiss accordingly.

**SO ORDERED**, this 23rd day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge